UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AYYUB ALMUHSIN, | : |
| Plaintiff | : No. 1:16-CV-00365 |
| vs. | : (Judge Kane) |
| WARDEN OF DAUPHIN COUNTY PRISON, et al., | : |
| Defendants | : |

## ORDER

**AND NOW**, on this 7th day of March 2017, in accordance with the accompanying memorandum, **IT IS ORDERED THAT:**

1. Defendant Brown's motion to dismiss (Doc. No. 22), is **GRANTED** as set forth below;

2. Almuhsin's amended complaint is **DISMISSED** for failure to exhaust administrative remedies; and

3. The Clerk of Court shall **CLOSE** this case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania